FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 01, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARIA J.,<br><br>      Plaintiff,<br>v.<br><br>ANDREW M. SAUL, Commissioner of the Social Security Administration,<br><br>      Defendant. | No: 2:20-CV-00242-FVS<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND |

BEFORE THE COURT is the parties' Stipulated Motion for Remand pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 18. The Plaintiff is represented by Attorney David L. Lybbert. The Defendant is represented by Special Assistant United States Attorney Alexis Toma.

After consideration, **IT IS HEREBY ORDERED** that the Stipulated Motion for Remand, ECF No. 21, is **GRANTED**. The Commissioner's final decision is reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand to the Commissioner of Social Security, the Appeals Counsel should remand this case to the Administrative Law Judge (ALJ). On remand, the ALJ shall do the following: (1) offer Plaintiff the

ORDER ~ 1

opportunity for a de novo hearing; (2) if necessary, send Plaintiff for a consultative examination and/or call a medical expert to give testimony about the extent of the her limitations; (3) re-evaluate the medical opinion evidence and prior administrative medical findings; (4) re-evaluate Plaintiff's symptom testimony; (5) re-assess Plaintiff's residual functional capacity; (6) continue with the sequential evaluation process, as necessary; and (7) issue a new decision.

The parties stipulate that this case be reversed and remanded to the ALJ on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g). Therefore, the matter is remanded to the Commissioner for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

It is **FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment, **ECF No. 13**, is **DENIED** as moot, given the parties' motion for remand.

The District Court Executive is hereby directed to enter this Order and provide copies to counsel, enter judgment in favor of the Plaintiff, and **CLOSE** the file.

**DATED** June 1, 2021.

                                 *s/Fred Van Sickle*
                                   Fred Van Sickle
                         Senior United States District Judge

ORDER ~ 2